[No. 14011–6–I.   Division One.   July 22, 1985.]

*In the Matter of* SCOTT COLE, ET AL.

RONALD COLE, ET AL, *Appellants,* V. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from judgments of the Superior Court for Snohomish County, Nos. 100367–R500, 100368–R500, 100369–R500, John F. Wilson, J., entered November 14, 1983. *Affirmed in part* and *reversed in part* by unpublished opinion per Grosse, J., concurred in by Scholfield, A.C.J., Coleman, J., concurring separately.

[No. 14315–8–I.   Division One.   July 22, 1985.]

THE STATE OF WASHINGTON, *Respondent,* V. MIGUEL ALVAREZ PEREZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–02930–5, Frank D. Howard, J., entered January 10, 1984. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Corbett, C.J., and Grosse, J. Now published at 41 Wn. App. 481.

[No. 14802–8–I.   Division One.   July 22, 1985.]

THE STATE OF WASHINGTON, *Respondent,* V. VICTOR THOMAS McVEA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–8–04710–4, Jack Richey, J. Pro Tem., entered May 14, 1984. *Remanded* by unpublished opinion per Scholfield, A.C.J., concurred in by Swanson and Coleman, JJ.